Exhibit A

**Exhibit A**

**Doe  #1 (72.64.122.245 2006-02-03 22:15:30 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Capote | Pending |

**Exhibit A**

**Doe #2 (129.44.87.145 2006-01-30 14:56:13 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe  #3 (129.44.98.120 2005-12-19 06:31:30 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | North Country | Pending |

**Exhibit A**

**Doe #4 (71.126.172.250 2006-02-05 04:37:09 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Capote | Pending |

**Exhibit A**

**Doe  #5 (138.88.250.137 2006-01-18 20:06:02 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | King Kong | Pending |

**Exhibit A**

**Doe  #6 (138.88.46.173 2006-01-17 14:36:58 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Cheaper by the Dozen 2 | Pending |

**Exhibit A**

**Doe  #7 (138.89.114.155 2005-11-22 21:40:00 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Lions Gate Films Inc. | Saw | PAu 2-881-679 |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |

**Exhibit A**

**Doe  #8 (141.151.115.250 2006-01-12 17:49:11 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Lions Gate Films Inc. | Saw | PAu  2-881-679 |
| Universal City Studios LLLP | King Kong | Pending |

**Exhibit A**

**Doe #9 (141.153.226.116 2006-01-01 14:55:17 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Roll Bounce | PA 1-267-147 |
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

**Exhibit A**

**Doe #10 (151.196.124.200 2006-01-17 05:36:22 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Hitch | PA 1-250-718 |
| Columbia Pictures Industries, Inc. | The Legend of Zorro | Pending |
| Columbia Pictures Industries, Inc. | Zathura | Pending |
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

**Exhibit A**

**Doe  #11 (151.196.28.118 2006-01-08 19:15:32 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Walk the Line | PA 1-267-306 |

**Exhibit A**

**Doe  #12 (151.197.15.11 2005-11-27 04:56:29 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |

**Exhibit A**

**Doe  #13 (151.202.97.53 2005-12-03 20:48:55 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Charlie and the Chocolate Factory | PA 1-283-982 |
| Universal City Studios LLLP | 40 Year Old Virgin | Pending |
| Disney Enterprises, Inc | Sky High | PA 1-267-119 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |

**Exhibit A**

**Doe  #14 (151.203.103.202 2005-12-26 00:42:03 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

**Exhibit A**

**Doe  #15 (68.236.173.200 2005-12-08 13:47:09 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Must Love Dogs | PA 1-284-126 |

**Exhibit A**

**Doe #16 (70.105.194.166 2006-01-28 23:17:27 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe #17 (71.241.232.221 2006-01-28 10:39:46 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe #18 (71.241.249.242 2006-01-29 19:08:28 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe  #19 (71.243.230.101 2006-01-30 20:21:50 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | The Family Stone | PA 1-267-411 |

**Exhibit A**

**Doe  #20 (71.246.197.148 2006-01-27 17:36:28 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | The Producers | Pending |

**Exhibit A**

**Doe #21 (71.246.59.202 2006-01-25 18:35:59 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |