UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                             )
DISNEY ENTERPRISES,          )
INC. et al.,                 )
                             )
       Plaintiffs,           )
                             )
     v.                      )  Civil Action No. 06-237 (RWR)
                             )
DOES 1-21,                   )
                             )
       Defendants.           )
_____)
```

### ORDER

Plaintiffs, several creators and distributors of motion pictures, have filed a copyright infringement suit against twenty-one unnamed defendants, alleging that the defendants have distributed without permission plaintiffs' copyrighted works over the Internet. Plaintiffs have moved for leave to take limited discovery prior to holding a Rule 26(f) conference in order to determine the identity of the unnamed defendants. Because plaintiffs have alleged sufficient facts to establish that defendants are real persons that can be uniquely identified and have alleged that these persons copied and distributed without permission copyrighted works of the plaintiffs, it is hereby

ORDERED that plaintiffs' motion [3] for leave to take discovery prior to Rule 26(f) conference be, and hereby is, GRANTED. It is further

- 2 -

ORDERED that plaintiffs may serve immediate discovery on Verizon Internet Services, Inc. by serving Rule 45 subpoenas that seek information sufficient to identify each Doe defendant, including the name, address, telephone number, email address, and Media Access Control addresses for each defendant.  It is further

ORDERED that any information disclosed to plaintiffs in response to the Rule 45 subpoenas may be used by plaintiffs solely for the purpose of prosecuting this action.

SIGNED this 10th day of March, 2006.

                                                              /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge