United States District Court for the District of
Columbia, Wash. D.C. 20001

Larry Scott
703 North August Ave.
Baltimore, Md. 21229
    Plaintiff

vs.

Disney Enterprises; Lions
Gate Films; University City
Studios Productions; Warner
Bros; Twentieth Century Fox;
and Columbia Pictures
    Defendants

Case No. 1:06-CV-00237-RWR

Motion to Quash Subpoena.
Motion to allow said Plaintiff
an extension of time to file said
Motion to Quash Subpoena.

Comes now, Larry Scott, the Plaintiff, and respectfully moves the Honorable U.S. District for the District of Columbia, for Motion to Quash Subpoena and Motion to allow said Plaintiff an extension of time to file said Motion to Quash Subpoena, for the following reasons:

1. The Plaintiff respectfully states that said Plaintiff to quash said subpoena against Disney Enterprises, et al. in regards to name, address, telephone number, e-mail address and media access control ("MAC") address.

RECEIVED
APR - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Certification of Service</u>

I, Larry Scott, the Plaintiff, and respectfully states that I have upon this <u>8th</u> Day of April, 06, have sent the foregoing motion to Verizon Online Security, 4055 Corporate Drive, Mailcode HQEX1M52 Grapevine, TX 76051.

Respectfully submitted,
/s/ Larry Scott
703 North August Ave,
Baltimore, MD.
(443)-629-0073

AO 88 (Rev. 11/94) Subpoena in a Civil Case

# Issued by the
# United States District Court

## DISTRICT OF DISTRICT OF COLUMBIA

DISNEY ENTERPRISES; LIONS GATE FILMS; UNIVERSAL CITY STUDIOS PRODUCTIONS; WARNER BROS.; TWENTIETH CENTURY FOX; and COLUMBIA PICTURES

**SUBPOENA IN A CIVIL CASE**

vs.

DOES 1-21

To: Verizon Internet Services, Inc.
c/o Patrick M. Flaherty
Designated Agent for DMCA Notices
Verizon Corporate Services Corp.
1515 North Courthouse Road, Suite 500
Arlington, VA 22201

Case No. 1:06-cv-00237-GK

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Information, including name, address, telephone number, e-mail address, and Media Access Control addresses, sufficient to identify the alleged infringers of copyrighted motion pictures, listed by IP address in Attachment A to this Subpoena.

| PLACE | DATE AND TIME |
|---|---|
| Meyer, Klipper & Mohr, PLLC<br>923 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Phone: (202)637-0850 | April 18, 2006 at 9:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (indicate if attorney for Plaintiff or Defendant)<br>*[signature]* Attorneys for Plaintiffs | DATE<br>3/13/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
CHRISTOPHER A. MOHR
Meyer, Klipper & Mohr, PLLC
923 Fifteenth Street, N.W.
Washington, DC 20005
Phone: (202)637-0850

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

MAR 14 2006  9:25 AM FR VERIZON          703 351 3669 TO 912145136795    P.05
03-13-06   01:01pm   From-LOEB & LOEB            310 2822200        T-380  P 006/006  F-348

71.241.249.242 2006-01-29 19:08:28 EST

71.243.230.101 2006-01-30 20:21:50 EST

71.246.197.148 2006-01-27 17:36:28 EST

71.246.59.202 2006-01-25 18:35:59 EST