UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DISNEY ENTERPRISES,            )
INC. et al.,                   )
                               )
       Plaintiffs,             )
                               )
    v.                         )    Civil Action No. 06-237 (RWR)
                               )
DOES 1-21,                     )
                               )
       Defendants.             )
_____)
```

### ORDER

Larry Scott has filed a motion in this case to quash a subpoena that was served by plaintiff upon an internet service provider under the authority of this court's order dated March 10, 2006.  The motion offers no basis for why the subpoena should be quashed or why Scott has standing to move to quash the subpoena.  In any event, Scott has failed, in violation of Local Civil Rule 5.3, to serve a copy of his motion upon the plaintiffs in this case who served the subpoena.  For all these reasons, it is hereby

ORDERED that Scott's motion [5] be, and hereby is, DENIED. The Clerk is directed to mail copies of this Order to Larry Scott, 703 North August Ave., Baltimore, MD 21229 and Verizon Internet Services, Inc., c/o Patrick Flaherty, 1515 North Courthouse Road, Suite 500, Arlington, VA 22201.

- 2 -

SIGNED this 11th day of April, 2006.

                                                           /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge