**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISNEY ENTERPRISES, INC. et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DOES 1-21,**<br><br>**Defendants.** | **Civil Action No. 06-237 (RWR)** |

**NOTICE AND ORDER TO SHOW CAUSE**

Plaintiffs filed this case on February 9, 2006. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. It appearing that plaintiffs have failed to serve defendants Does 1-21 as required by Rule 4, it is hereby

ORDERED that on or before June 26, 2006, plaintiffs shall either present evidence of service on defendants Does 1-21 or show cause why the case should not be dismissed for failure to effect service on defendants. Plaintiffs are advised that failure to comply will result in dismissal of this case against the defendants.

SIGNED this 15th day of June, 2006.

/s/
RICHARD W. ROBERTS
United States District Judge